United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-40578

GLORIA STEPHENS,

Plaintiff-Appellant,

BEATRICE MLADENKA-FOWLER,

Appellant,

versus

DENTON INDEPENDENT SCHOOL DISTRICT; ET AL,

Defendants,

DENTON INDEPENDENT SCHOOL DISTRICT;
MARK BAKER; JULIA CHRISTMAN;
RICK WOOLFOLK,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas, Sherman

(4:99-CV-208)

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5ᵀᴴ CIR. R. 47.6.

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.